UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LEE TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>X. CANO, et al.,<br><br>    Defendants. | Case No. 17-cv-05644-JSC<br><br>**SECOND ORDER OF SERVICE** |

Plaintiff, a California prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983 against nine different prison officials. In the complaint, Plaintiff indicated that eight of these officials are located at Salinas Valley State Prison, and the Court ordered them served there. Plaintiff has since informed the Court that Defendants X. Cano, J. Medellin, Viscarra, and R. Sherrill are in fact located at Kern Valley State Prison.

Accordingly, the Clerk shall re-issue a summons and Magistrate Judge jurisdiction consent form and the United States Marshal shall serve, without prepayment of fees, the summons, Magistrate Judge jurisdiction consent form, a copy of the complaint with attachments, and a copy of this Order on Defendants **X. Cano, J. Medellin, Viscarra, and R. Sherrill,** at **Kern Valley State Prison.** All other provisions of the Order of Service (ECF No. 7) not inconsistent with this Order remain in effect.

**IT IS SO ORDERED.**

Dated: November 30, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN LEE TAYLOR,

    Plaintiff,

v.

X. CANO, et al.,

    Defendants.

Case No. 17-cv-05644-JSC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Lee Taylor ID: E-45712
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: November 30, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2